UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PILAR ORNELAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY MEAT CO., INC.,<br><br>Defendant. | No. 1:20-cv-01017-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 26) |

On May 7, 2021, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice, in which she notifies the Court of the dismissal of her claims with prejudice. (Doc. 26.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed her claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL CLOSE the case.

IT IS SO ORDERED.

Dated: **May 10, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE